[No. 3470–2. Division Two. July 19, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES ALLEN MCGINLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 52666, E. Albert Morrison, J., entered April 12, 1978. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Reed, JJ.

[No. 3371–2. Division Two. July 19, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. SIMON STRONG, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–2798, Terence Hanley, J., entered January 27, 1978. *Affirmed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Pearson, C.J., and Petrie, J.

[No. 2744–3. Division Three. July 19, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. HENRY SAILOR, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. C–7643, W. R. Cole, J., entered December 22, 1977. *Affirmed as modified* by unpublished opinion per Roe, J., concurred in by Munson, J., McInturff, J., dissenting.